IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHAWN WIMBUSH, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>**NEIGHBORHOOD RESTAURANT GROUP XII, LLC,**<br><br>　　　　**Defendant.** | Case Action No. 1:15-cv-01768-JDB |

## PARTIES' STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorney fees.

Date:  April 22, 2016

FOR THE PLAINTIFFS:                FOR THE DEFENDANT:

*[s[ Gregg C. Greenberg*
Gregg C. Greenberg (MD 17291)
Jason D. Friedman   (MD 18898)
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring MD 20910
301-587-9373
301-587-9397 (fax)
ggreenberg@zagfirm.com
jfriedman@zagfirm.com

*Counsel for Plaintiffs*

*[s[ Jonathan R. Mook*
Jonathan R. Mook (D.C. Bar 929406)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
703-684-4333
703-548-3181 (fax)
jmook@dimuro.com

*Counsel for Defendant*